**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Darryl Buchanan,

Plaintiff,

v.

EOS CCA; and DOES 1-10, inclusive,

Defendants.

Civil Action No.: 4:13-cv-40013-TSH

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against EOS CCA and Does 1-10, inclusive, with prejudice and without costs to any party and waiving all rights of appeal.

Darryl Buchanan

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Attorney for Plaintiff

EOS CCA

/s/ Andrew M. Schneiderman

Ranen S. Schechner, BBO # 655641
Andrew M. Schneiderman, BBO #666252
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
617-213-7000
Attorneys for Defendant

SO ORDERED

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Ranen S. Schechner
Andrew M. Schneiderman
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109-1775

By /s/ Sergei Lemberg
Sergei Lemberg